

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DURIEL HARRIS, JR. | CIVIL ACTION |
| VERSUS | NO: 98-3164 |
| LAKESIDE TOYOTA | SECTION: "L" (4) |

### JUDGMENT

A non-jury trial was held in this matter before the undersigned Magistrate Judge on October 23, 2000. After hearing the testimony and evidence, and for the reasons orally assigned on the record:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of the defendant, Lakeside Import Inc. d/b/a Lakeside Toyota and against the plaintiff, Duriel Harris, Jr., dismissing the plaintiff's complaint with prejudice.

New Orleans, Louisiana, this ____ day of ____, 2000.

KAREN WELLS ROBY
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
OCT 2 6 2000